**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**OFFICE OF THE CLERK**
WAYNE L. MORSE UNITED STATES COURTHOUSE
405 EAST EIGHTH AVENUE
EUGENE, OR 97401
TEL: 541-431-4100 ◇ FAX: 541-431-4109

... URT
... OF TEXAS
... ED

MAY 19 2014

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

**MARY MORAN**
CLERK OF COURT

**SUSAN KIM**
CHIEF DEPUTY CLERK

May 15, 2014

Office of the Clerk
U.S. District Court for the Northern District of Texas
501 W. 10th Street, Room 310
Fort Worth, TX 76102-3673

Re:   USA v. Jeffrey Watts; District of Oregon Case No. 6:14-mj-00074-TC;
      Northern District of Washington Case No. 4:14-mj-00160

Dear Clerk:

The above-mentioned defendant is being returned to your district pursuant to the Commitment to Another District signed by Magistrate Judge Thomas M. Coffin on May 15, 2014.

Enclosed is a certified copy of the docket sheet. You may access electronically filed documents via CM/ECF at https://ecf.ord.uscourts.gov.

Please acknowledge receipt by returning a date-stamped copy of this letter to our office.

Thank you for your assistance in this matter.

Sincerely

s/Paul Bruch, Deputy Clerk for

Mary L. Moran
Clerk of Court

encl.

CUSTODY, TERMINATED,

# U.S. District Court
## District of Oregon (Eugene (6))
### CRIMINAL DOCKET FOR CASE # 6:14-mj-00074-TC All Defendants
Internal Use Only

Case title: USA v. Watts
Other court case number: 4:14-mj-00160 Northern District of Texas

Date Filed: 05/08/2014
Date Terminated: 05/14/2014

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2014
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

Assigned to: Magistrate Judge Thomas M. Coffin

**Defendant (1)**

**Jeffrey Watts**
*TERMINATED: 05/14/2014*
*also known as*
Jeff Watts
*TERMINATED: 05/14/2014*

represented by **Bryan E. Lessley**
Office of the Federal Public Defender
859 Willamette Street
Suite 200
Eugene, OR 97401
(541) 465-6937
Fax: (541) 465-6975
Email: bryan_lessley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

Certified to be a true and correct copy of original filed in this District.
Dated 5\15\2014 PB
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk P. Bruch
Pages  1  Through  3

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1343 - Wire Fraud | |

**Plaintiff**

USA　　　　　　　　　　　　　　　represented by **Jeffrey S. Sweet**
United States Attorney's Office
405 E. Eighth Avenue
Suite 2400
Eugene, OR 97401
(541) 465-6903
Fax: (541) 465-6582
Email: jeff.sweet@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/08/2014 | 🔒 | (Court only) Record of Arrest (Out of District Warrant) of Jeffrey Watts pursuant to Rule 5(c)(3). Norther District of Texas - 4:14-mj-00160. (plb) (Entered: 05/08/2014) |
| 05/08/2014 | 🔒 1 | Sealed Documents Received From Other Court as to Jeffrey Watts from Norther District of Texas Case No: 4:14-mj-00160. Initial Appearance is set for 5/9/2014 at 01:30PM in Eugene Courtroom 4 before Magistrate Judge Thomas M. Coffin. (plb) Sealed on 5/8/2014 (plb). (Entered: 05/08/2014) |
| 05/09/2014 | 2 | **Minutes of Proceedings:**Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Thomas M. Coffin as to Jeffrey Watts. Order unsealing the complaint. Defendant advised of rights and charges. Order appointing counsel for proceedings in this District. Other Court Information: Northern District of Texas - 4:14-mj-00160 - USA v. Watts. Status Conference is set for 5/14/2014 at 01:30PM in Eugene Courtroom 4 before Magistrate Judge Thomas M. Coffin. Counsel Present for Plaintiff: Jeff Sweet. Counsel Present for Defendant: Craig Weinerman. (Court Reporter Kristi Anderson) (plb) (Entered: 05/12/2014) |
| 05/12/2014 | 3 | Scheduling Order as to Jeffrey Watts by Magistrate Judge Thomas M. Coffin. Status Conference is reset on 5/14/2014 from 01:30PM to 01:15PM in Eugene Courtroom 4 before Magistrate Judge Thomas M. Coffin. Defendant's appearance at the status conference is required. (plb) (Entered: 05/12/2014) |

| 05/14/2014 | 4 | **Minutes of Proceedings:** Status Conference before Magistrate Judge Thomas M. Coffin as to Jeffrey Watts. Defendant waives identity hearing. Defendant committed to the Northern District of Texas. Counsel Present for Plaintiff: Chris Cardani. Counsel Present for Defendant: Bryan Lessley. (Court Reporter Kristi Anderson) (plb) (Entered: 05/14/2014) |
| --- | --- | --- |
| 05/14/2014 | 5 | Waiver of Preliminary Examination or Hearing pursuant to Rule 5 and 5.1 by Jeffrey Watts. (plb) (Entered: 05/15/2014) |
| 05/14/2014 | 6 | Commitment to Another District as to Jeffrey Watts Defendant committed to Northern District of Texas. Signed on 5/14/2014 by Magistrate Judge Thomas M. Coffin. (plb) (Entered: 05/15/2014) |
| 05/15/2014 | 7 | Record Transmittal Letter by Clerk Record sent to Norther District of Texas as to Jeffrey Watts. (plb) (Entered: 05/15/2014) |
| 05/15/2014 | 8 | Amended Record Transmittal Letter by Clerk Record sent to Norther District of Texas as to Jeffrey Watts. (plb) (Entered: 05/15/2014) |