IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:14-MJ-160

JEFFREY WATTS (01)
a/k/a "JEFF WATTS"

### WARRANT FOR ARREST

TO: The United States Marshal and
Any Authorized Officer of the United States

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 3 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

YOU ARE HEREBY COMMANDED to arrest **JEFFREY WATTS** also known (aka) as **JEFF WATTS**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Wire Fraud,** a violation of **18 U.S.C. § 1343**.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 27th day of March 2014.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Eugene, OR_.

| DATE RECEIVED: 4/1/14 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 5/8/14 | Suttles, Tim (by) | R. _____ |