U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 5 2014

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:14-MJ-160 |
| | § | |
| JEFFREY WATTS (01) a/k/a "Jeff Watts" | | |

## WAIVER OF PRELIMINARY EXAMINATION

I understand that I have been charged in a complaint pending in this district. Having appeared before this Court and been advised of my rights including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination. *I also at this time waive my right to have a detention hearing, but reserve the right to ask for such a hearing should my situation change.*

_____6/4/2014_____
Date

_____
Jeffrey Watts, Defendant

_____
Peter Fleury, Counsel for Defendant