IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 6 2014
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

UNITED STATES OF AMERICA

v.                                                          No. 4:14-MJ-160

JEFFREY WATTS
a/k/a "Jeff Watts"

## ORDER

Before the Court is the joint motion of the government and defendant Jeffrey Watts entitled "Joint Motion to Extend Time to Indict." The Court is of the opinion that the motion is well taken and GRANTS the same for the reasons stated in the motion. The Court finds that a failure to grant the requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, the Court finds that a 30-day continuance serves the ends of justice and outweighs the best interest of the public in a speedy trial.   See 18 U.S.C. § 3161(h)(7)(A).

It is therefore the ORDER of the Court that the time upon which an indictment must be filed in this cause be continued until July 20, 2014.

SIGNED on this the 6th day of June, 2014.

_____
JEFFREY L. CURETON
United States Magistrate Judge